IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | : : : | CIVIL ACTION |
| v. | : : | |
| MARSHALL R. LEVINE | : | NO. 02-2991 |

### O R D E R

AND NOW, this 13th day of August, 2002, at the request of counsel, it is hereby **ORDERED** that the **Rule 16 initial pretrial conference** in the above-captioned matter is **rescheduled** to **September 18, 2002 at 3:00 p.m.** and will be held in Rm. 3030, 3rd Floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

Consistent with the amended Fed.R.Civ.P. 26(f), the parties will be excused from submitting a written report to the Court and will be permitted to report orally on their discovery plan at the Rule 16(b) conference.

It is the obligation of counsel for the Plaintiff to serve a copy of this Order upon counsel for each of the Defendants and upon counsel for any other parties joined prior to the date of the conference, as soon as the identity of such counsel is learned.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2991**
**TODAY'S DATE**: August 13, 2002        **LAW CLERK'S INITIALS**: JJK

**NAME**                                                         **FAX NUMBER** (Area Code & Number)

1. Christopher C. Negrete, Esq.                                  215-239-6060
2. Herbert C. Broadfoot, II                                      404-523-6714