IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DELANGE LANDEN FINANCIAL SERVICES, INC. : CIVIL ACTION
:
VS. : NO. 02-2991
:

MARSHALL R. LEVINE

## ORDER

AND NOW, this 19th of AUGUST, 2002, in accordance with the court's procedure for random reassignment, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Lowell A. Reed, Jr. to the Honorable Stewart Dalzell.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court