IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | : : : | CIVIL ACTION |
| v. | : : | |
| MARSHALL R. LEVINE | : | NO. 02-2991 |

**O R D E R**

AND NOW, this 12th day of September, 2002, this matter having been transferred from the calendar of the Honorable Lowell A. Reed, Jr. to the calendar of the Honorable Stewart Dalzell, it is hereby **ORDERED** that:

(1) The Rule 16 initial pretrial **conference** originally scheduled before me on **September 18, 2002** at 3:00 p.m. is **cancelled.**

(2) The Clerk is directed to remove this case from my docket.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2991**
**TODAY'S DATE**: September 12, 2002     **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1. Christopher C. Negrete, Esq. | 215-239-6060 |
| 2. Herbert C. Broadfoot, II | 404-523-6714 |