IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DE LAGE LANDEN FINANCIAL          :       CIVIL ACTION
SERVICES, INC.                    :
                                  :
          v.                      :
                                  :
MARSHALL LEVINE and               :
ARTHUR J. SIMON                   :       NO. 02-2991

ORDER

AND NOW, this 9th day of December, 2002, upon consideration of defendant Marshall Levine's motion to dismiss and plaintiff's response thereto, for the reasons set forth in the preceding Memorandum, it is hereby ORDERED that:

1.   The motion to dismiss is GRANTED;

2.   The complaint is DISMISSED WITH PREJUDICE; and

3.   The Clerk shall CLOSE this civil action statistically.


                    BY THE COURT:


                    _____
                    Stewart Dalzell, J.